DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-0462 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND  ORDER THEREON |
| v. | ) ) | DATE: April 18, 2006 |
| DAVID MELGOZA-SOLIS, | ) ) | TIME : 9:00 a.m. DEPT : Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to April 18, 2006.  **The date currently set for status conference is April 4, 2006.  The requested new date is April 18, 2006.**

This continuance is requested to allow time for additional investigation and to attempt to reach a negotiated settlement of this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: March 31, 2006    MCGREGOR W. SCOTT
United States Attorney


 /s/ David L. Gappa
DAVID L. GAPPA
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  March 31, 2006    DANIEL J. BRODERICK
Acting Federal Defender


/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant


# **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   April 6, 2006**              **/s/ Oliver W. Wanger**
emm0d6                     UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference          2