1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 | DAVID MELGOZA-SOLIS

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   Case No. 1:05-cr-0462 OWW
                                   )
12 |           Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                   )   CONFERENCE AND ORDER THEREON
13 |       v.                       )
                                   )   DATE:  may 1, 2006
14 | DAVID MELGOZA-SOLIS,           )   TIME : 1:30 p.m.
                                   )   DEPT : Hon. Oliver W. Wanger
15 |           Defendant.           )
                                   )
16 | _____)

17         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19 KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for

20 status conference in this matter may be continued to May1, 2006 at  1:30 p.m. **The date currently set**

21 **for status conference is April 18, 2006.  The requested new date is May 1, 2006 at 1:30 p.m.**

22         This continuance is requested to allow time for additional investigation and to attempt to reach a

23 negotiated settlement of this matter.

24         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25 justice, including but not limited to, the need for the period of time set forth herein for effective defense

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

DATED: April 13, 2006         MCGREGOR W. SCOTT
                              United States Attorney


                              /s/ David L. Gappa
                              DAVID L. GAPPA
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


DATED:  April 13, 2006        DANIEL J. BRODERICK
                              Acting Federal Defender


                              /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant

# O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   April 18, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference         2