DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-0462 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | |
| DAVID MELGOZA-SOLIS, | |
| Defendant. | DATE: August 8, 2006<br>TIME : 9:00 a.m.<br>DEPT : Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to August 8, 2006 at  9:00 a.m.. It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by July 10, 2006; that any response or opposition may be filed by July 31, 2006.  **The date currently set for status conference is June 13, 2006.  The requested new date is August 8, 2006 at 1:30 p.m.**

This continuance is requested to allow time for additional investigation and to obtain additional records relevant to Mr. Melgoza-Solis' mental competence prior to filing motions.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice including, but not limited to, the need for the period of time set forth herein for effective defense

///

preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

DATED: June 8, 2006                MCGREGOR W. SCOTT
                                   United States Attorney


                                    /s/ David L. Gappa
                                   DAVID L. GAPPA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

DATED:  June 8, 2006               DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(B)(iv) and 3161(h)(1)(F) .

IT IS SO ORDERED.

**Dated:   June 8, 2006**                **/s/ Oliver W. Wanger**
emm0d6                             UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
and Reset Motion Briefing Schedule              2