DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05-cr-0462 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCEAND RESET MOTION |
| v. ) | BRIEFING SCHEDULE AND  ORDER |
| ) | THEREON |
| DAVID MELGOZA-SOLIS, ) | |
| ) | DATE: August 14, 2006 |
| Defendant. ) | TIME : 9:00 a.m. |
| ) | DEPT : Hon. Oliver W. Wanger |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter presently set for August 8, 2006  may be continued to **August 14, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv), and for the filing of pretrial motions and ruling

///
///
///
///

1  thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

3  DATED: June 14, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney

6                                           /s/ David L. Gappa
                                            DAVID L. GAPPA
7                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff

9  DATED:  June 14, 2006                   DANIEL J. BRODERICK
                                            Federal Defender

12                                          /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
13                                          Assistant Federal Defender
                                            Attorney for Defendant

### **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(B)(iv) and 3161(h)(1)(F) .

IT IS SO ORDERED.

**Dated:   June 14, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                       UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference                2