1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-0462 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | ) ) | DATE: September 12, 2006 |
| DAVID MELGOZA-SOLIS, | ) ) | TIME : 9:00 a.m. DEPT : Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to September 12, 2006 at 9:00 a.m.  **The date currently set for status conference is August 14, 2006.  The requested new date is September 12, 2006 at 9:00 a.m..**

This continuance is requested to allow additional  time to evaluate the mental competency of Mr. Melgoza-Solis.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

1  preparation pursuant to 18 U.S.C. § 3161(h)(B)(iv).

2

3  DATED: August 10, 2006                McGREGOR W. SCOTT
                                         United States Attorney
4

5                                         /s/ Mark J. McKeon
                                         MARK J. McKEON
6                                        Assistant U.S. Attorney
                                         Attorney for Plaintiff
7

8  DATED:  August 10, 2006               DANIEL J. BRODERICK
                                         Federal Defender
9

10                                       /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
11                                       Assistant Federal Defender
                                         Attorney for Defendant
12                                       David Melgoza-Solis

13

14

15                                    **O R D E R**

16     IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

17  § 3161(h)(B)(iv).

18

19

20

21

22

23

24

25  IT IS SO ORDERED.

26  **Dated:   August 11, 2006**              /s/ Oliver W. Wanger
    emm0d6                                   UNITED STATES DISTRICT JUDGE

27

28