DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-cr-0462 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND RESET MOTION BRIEFING SCHEDULE AND ORDER THEREON |
| v. | |
| DAVID MELGOZA-SOLIS, | Date:  November 28, 2006 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to November 28, 2006.  It is also requested that a new motion briefing schedule be ordered.  It is requested that any additional motions may be filed by November 6, 2006; that any response or opposition may be filed by November 20, 2006; and that status conference and hearing on the motions may be set for November 28, 2006.  **The date currently set for status conference is October 17, 2006.  The requested new date is November 28, 2006.**

The reason for this request is that the defense has been investigating Mr. Melgoza-Solis' mental competence.  Additional time is needed to file additional motions which may now be appropriate.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial

motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

DATED: October 13, 2006							McGREGOR W. SCOTT
											United States Attorney


											 /s/ Mark J. McKeon
											MARK J. McKEON
											Assistant U.S. Attorney
											Attorney for Plaintiff


DATED: October 13, 2006							DANIEL J. BRODERICK
											Federal Defender


											/s/ Eric V. Kersten
											ERIC V. KERSTEN
											Assistant Federal Defender
											Attorney for Defendant
											David Melgoza-Solis


# O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   October 13, 2006**					       /s/ Oliver W. Wanger
emm0d6								UNITED STATES DISTRICT JUDGE