1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID MELGOZA-SOLIS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. 1:05-cr-0462 OWW
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE AND ORDER THEREON
13       v.                           )
                                      )   Date:  January 2, 2007
14 DAVID MELGOZA-SOLIS,               )   Time:  9:00 a.m.
                                      )   Judge: Hon. Oliver W. Wanger
15              Defendant.            )
                                      )
16 _____)

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

19 KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for

20 status conference in this matter may be continued to January 2, 2007.  **The date currently set for status**

21 **conference is November 28, 2006.  The requested new date is January 2, 2007.**

22       The parties are requesting additional time for defense investigation, and to conduct negotiations

23 in an attempt to reach a negotiated settlement of this matter.  If no agreement has been reached by

24 January 2, 2007, a trial date will likely be requested at that time.

25       The parties agree that the delay resulting from the continuance shall be excluded as necessary for

26 ///

27 ///

28 ///

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: November 21, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                                  /s/ Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

DATED: November 21, 2006         DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 David Melgoza-Solis

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 21, 2006**           /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference

2