1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5
   Attorney for Defendant
6  DAVID MELGOZA-SOLIS

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )   Case No. 1:05-cr-0462 OWW
                                      )
12              Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE AND ORDER THEREON
13     v.                             )
                                      )   Date:  January 23, 2007
14 DAVID MELGOZA-SOLIS,               )   Time:  9:00 a.m.
                                      )   Judge: Hon. Oliver W. Wanger
15              Defendant.            )
                                      )
16 _____)

17        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN,

19 Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status

20 conference in this matter may be continued to January 23, 2007.  **The date currently set for status**

21 **conference is January 2, 2007.  The requested new date is January 23, 2007.**

22        The parties are requesting additional time for defense investigation, and to conduct negotiations in

23 an attempt to reach a negotiated settlement of this matter.  If no agreement has been reached by January

24 23, 2007, a trial date will likely be requested at that time.

25        The parties agree that the delay resulting from the continuance shall be excluded as necessary for

26 ///

27 ///

28 ///

1   effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

2

3       DATED: December 28, 2006        McGREGOR W. SCOTT
                                        United States Attorney
4

5                                        /s/ Mark J. McKeon
                                        MARK J. McKEON
6                                       Assistant U.S. Attorney
                                        Attorney for Plaintiff
7

8       DATED: December 28, 2006        DANIEL J. BRODERICK
                                        Federal Defender
9

10                                      /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
11                                      Assistant Federal Defender
                                        Attorney for Defendant
12                                      David Melgoza-Solis

13

14

15                              **O R D E R**

16          IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

17   § 3161(h)(8)(B)(iv).

18   IT IS SO ORDERED.

19   **Dated:    January 2, 2007**              /s/ Oliver W. Wanger
         emm0d6                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference