DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DAVID MELGOZA-SOLIS,  )<br>  )<br>Defendant.  )<br>  )<br>_____ ) | Case No. 1:05-cr-0462 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  February 20, 2007<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to February 20, 2007 at 9:00 a.m.. **The date currently set for status conference is January 23, 2007.  The requested new date is February 20, 2007.**

Additional time is requested to allow for completion of a mental health evaluation which is necessary to determine Mr. Melgoza-Solis' competence to stand trial.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///

///

///

///

Stipulation to Continue Status Conference

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: January 18, 2007          McGREGOR W. SCOTT
                                 United States Attorney

                                  /s/ Mark J. McKeon
                                 MARK J. McKEON
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DATED: January 18, 2007          DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Eric V. Kersten
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 David Melgoza-Solis


**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 18, 2007**             **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE