DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID MELGOZA-SOLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID MELGOZA-SOLIS, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No. 1:05-cr-0462 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: March 19, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK J. McKEON, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant David Melgoza-Solis, that the date for status conference in this matter may be continued to March 19, 2007. **The date currently set for status conference is February 20, 2007. The requested new date is March 19, 2007.**

Additional time is requested to allow for receipt of the results of a mental health evaluation which is necessary to determine Mr. Melgoza-Solis' competence to stand trial.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for

///

///

///

///

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 15, 2007                McGREGOR W. SCOTT
                                        United States Attorney


                                         /s/ Mark J. McKeon
                                        MARK J. McKEON
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DATED: February 15, 2007                DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        David Melgoza-Solis


**O R D E R**

   IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

   IT IS SO ORDERED.

**Dated:   February 15, 2007**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE